IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

CHRIS A. STILLS                                            PLAINTIFF

V.                      CASE NO.: 3:15-CV-3019

DR. JOHN KEVIN RICHTER, Carroll County Detention
Center (CCDC); NURSE CRYSTAL BRENTON, CCDC;
SERGEANT JOHN CRIBBS, CCDC; SERGEANT ANDREA
MORRELL, CCDC; JAIL ADMINISTRATOR DANNY HICKMAN,
CCDC; and SHERIFF RANDY MAYFIELD                  DEFENDANTS

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 21) filed in this case on December 22, 2015, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY.** Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendants' Motion for Summary Judgment (Doc. 15) is **GRANTED** and Plaintiff's Complaint (Doc. 1) is **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED** on this ____4TH____ day of February, 2016.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE